UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
7 WEST 21 LI LLC,                                                      :
                                                                       :
                          Plaintiff,                                   :
                                                                       :            23 Civ. 9448 (JPC)
              -v-                                                      :
                                                                       :            ORDER
CLEMENT MOSSERI,                                                       :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 27, 2023, Defendant filed a notice of removal, removing this case from New York City Civil Court, County of New York, to this Court. *See* Dkt. 1. Approximately one year earlier, on November 4, 2022, the Court remanded an action between these same parties to New York City Civil Court for lack of subject matter jurisdiction following Defendant's removal on January 13, 2020. *See 7 W. 21 LI LLC v. Mosseri*, No. 20 Civ. 279 (JPC), 2022 WL 16722105 (S.D.N.Y. Nov. 4, 2022), *appeal dismissed* (2d Cir. Jan. 19, 2023). By December 1, 2023, the parties shall submit letter briefing of no longer than seven pages, single-spaced, advising the Court whether this is the same action that the Court remanded on November 4, 2022; if so, addressing whether any relevant circumstances have changed since that remand; and presenting their views as to whether the Court has subject matter jurisdiction over this action.

      SO ORDERED.

Dated: November 2, 2023
       New York, New York
                                                              JOHN P. CRONAN
                                                           United States District Judge